Case 1:25-mj-00233-ZMF   Document 1

Case: 1:25-mj-00233
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/27/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

I am an officer with the Metropolitan Police Department of the District of Columbia. I make this affidavit in support of a criminal complaint because there is probable cause to believe that Davon BOYD committed violations of 18 U.S.C. § 922(g)(1) and 22 D.C. §§ 4503(a)(1), 4514(c)(3) in the District of Columbia.

This affidavit is presented for the sole purpose of establishing probable cause. It does not represent the totality of facts known to me and other investigators involved in this case. This affidavit is based on my investigation and involvement with the events described herein, speaking with other investigators with personal knowledge of the events described, reading reports, or reviewing body worn camera footage.

Based on my investigation, I learned the following: On Friday, September 26th, 2025, at approximately 10:00pm, Metropolitan Police Department Officers People, Salkanovic, and Ray were conducting a traffic patrol in the 1500 block of Marion Berry Avenue SE in Washington, D.C. The officers were in full uniform and operating marked vehicles. The officers observed a parked vehicle in front of 1528 Marion Berry Avenue SE that was blocking the entrance to an alley. Officers reversed their vehicle, heading back towards the alley. As they approached the alley, an individual quickly entered the car and the vehicle sped off. Officers also observed a group of individuals where the vehicle had been in the alley.

As the officers entered the alley in their vehicle, officers saw one of the individuals, subsequently identified as Davon BOYD, extend his right hand down across his chest and his left hand hook his right hand by the elbow. BOYD scrunched over and leaned on the back of a car, as though he were attempting to conceal an object. An unknown individual then stepped into the officers' line of sight preventing further observation.

Officers stepped out of their vehicles to make contact. As officers approached the group, BOYD started walking away, towards the trunk of a parked car, turning his back to the officers and further concealing his torso. Officers made their way to the back of the car, and Officer Salkanovic told BOYD, "let me talk to you real quick." Officers observed BOYD holding his hands in front of his body near his waistband in a manner consistent with concealing something. Officer Salkanovic asked BOYD what he was hiding, to which BOYD responded, "I'm not hiding nothing." Officer People approached BOYD, placed his hands on BOYD's arms and stopped him from walking away. Officer Salkanovic approached and pulled BOYD's arms to the side. Officers observed a skinny, cylindrical object protruding through the front of BOYD's hoodie. Officer Salkanovic, through his prior knowledge, training, and experience, believed this to be the stock-end of an AR Pistol based on its shape. Officer Salkanovic felt the item and recognized it to be an AR-Pistol. Officer Salkanovic alerted his partners for the presence of a firearm and BOYD was placed in handcuffs. Officers lifted the front of BOYD's hoodie and observed the firearm concealed under his hoodie and down the front of his pants.

The firearm was collected by the Department of Forensic Sciences (XXXXX) and appeared to be an AR-Pistol (Ghost). The firearm appeared to be fully functional, able to expel a projectile by the means of an explosion, had a barrel length of less than twelve inches and capable of being fired with use of one hand. The recovered firearm had 29 cartridges of ammunition in the magazine and one in the chamber.

Officer Salkanovic confirmed that BOYD did not possess a valid permit to carry a firearm in the District of Columbia. BOYD was identified by his DC DOC ID card as Davon Boyd.

Through my training and experience, I have learned that there are no ammunition manufacturers in the District of Columbia. Accordingly, there is probable cause to believe that the 30 rounds of ammunition recovered from BOYD were manufactured outside the District of Columbia and transported in interstate or foreign commerce into the District of Columbia, where the ammunition was recovered.

Criminal history records revealed that on November 18, 2024, BOYD was convicted of Loaded Handgun on Person in Prince George's County, Maryland (case C-16-CR-24-XXXXXX) and sentenced to five years' imprisonment with four years, seven months, and six days suspended, followed by two years of probation. On September 26, 2025, when BOYD possessed the ammunition recovered in this case, BOYD was aware that he had been previously convicted of a crime that was punishable by imprisonment for a term exceeding one year.

Based on the facts contained in this affidavit, there is probable cause to believe the following: On or about September 26, 2025, in the District of Columbia, the defendant, Davon BOYD, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess ammunition, said ammunition having been shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and knowingly possessed a certain dangerous weapon, that is, a ghost gun, in violation of 22 D.C. §§ 4503(a)(1) and 4514(c)(3).

_____
OFFICER ANEL SALKANOVIC
BADGE #2271
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 27, 2025.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE